FILED
CLERK, U.S. DISTRICT COURT

APR 29 2016

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 12-752-DDP |
| Plaintiff, | ) ORDER OF DETENTION AFTER<br>) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation/ |
| ALFREDO MUNOZ | ) Supervised Release Conditions) |
| Defendant. | ) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A) (✓) the appearance of defendant as required; and/or

    (B) (✓) the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

*he will comply with conditions of release. Also, defendant's criminal history and substance abuse present risk to safety of community.*

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

*he will comply with conditions of release. Also, defendant's substance abuse, failure to report to probation, and lack of bail resources indicate risk of flight.*

IT IS ORDERED that defendant be detained.

DATED: 4/29/16

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE